**Janine M. ADAMS, Plaintiff–Appellant,**

v.

**U.S. AIRWAYS, Defendant–Appellee.**

**No. 11–1490.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 29, 2011.

Janine M. Adams, Appellant Pro Se. Daniel E. Farrington, Farrington Law Firm, LLC, Bethesda, Maryland, for Appellee.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janine M. Adams appeals the district court's order adopting the magistrate judge's recommendation to grant the motion to dismiss. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Adams's informal brief does not challenge the basis for the district court's disposition, Adams has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*